UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

THOMAS EUGENE FIFE

CRIMINAL ACTION

NO. 08-158-JVP-CN

# O R D E R

The undersigned hereby exercises his prerogative as a senior judge and declines to preside in the above captioned matter.

Baton Rouge, Louisiana, November 26, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA